

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00551-CV

Richard Matthew **VILLARREAL**,
Appellant

v.

Rebecca L. **VILLARREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Richard Matthew Villarreal, recover his costs of this appeal from appellee, Rebecca L. Villarreal.

SIGNED August 3, 2016.

_____
Rebeca C. Martinez, Justice